UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA :

v. :

AKIL NESBITT, : S1 10 Cr. 1180 (RPP)

Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2, 924(c)(1)(A)(i), and 1951, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: MAY 1 6 2011

Akil Nesbit
Defendant

Robert Walton
Witness

Peggy L
Counsel for Defendant

Date: New York, New York
May 16, 2011

0202